377 A.2d 193

Commonwealth ex rel. Fairfull v. Fairfull, Appellant.

Submitted

June 22, 1976.   David H. Kubert, for appellant;   No appearance entered nor brief submitted for appellee.

Order affirmed.